UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THYSSENKRUPP MATERIALS NA, INC.

                          **ECF CASE**

                 Plaintiff,

   -against-

                        **VERIFIED COMPLAINT**

M/V LEONIDAS, her engines, boilers,
tackle, etc., LETO MARITIME LTD.,
WESTERN BULK CARRIERS A.S.
                       Defendants.
-------------------------------------------------------------X

      Plaintiffs through their attorney KINGSLEY & KINGSLEY allege for their complaint herein:

      1. This is a claim under the Court's Admiralty and Maritime jurisdiction with respect to the carriage of goods by water, and under the Federal question jurisdiction under the Interstate Commerce Act, and Court's diversity and pendent jurisdiction with respect to the remaining aspects of the claim.

      2. Plaintiffs are the owners or duly authorized representatives of the owners or underwriters or subrogated underwriters of cargo shipped on board the captioned vessel which is more particularly described in Schedule A hereto, and for which bills of lading were issued.

      3. Defendants were vessel owners, suppliers, sellers, shippers, inspectors, managers, operators, charterers, freight forwarders, stevedores, terminal operators, common carriers by water and by land, bailees for hire, insurers and sureties with respect to the cargo described in Schedule A heretowhich was sold, shipped, inspected, carried, kept, discharged and delivered from the captioned vessel, inland conveyances, terminals and warehouses by defendants.

4.  The cargo described in Schedule A was lost and damaged by defendants due to the fault, neglect, deviation, unseaworthiness, maritime tort, tortious interference with contract, breach of warranty, sinking, stranding, salvage expenses, general average and conversion of defendants, their agents and servants, and delivered by defendants in non-conforming and contaminated condition, mis-delivered and non-delivered.

5.  The vessel is now or will be during the pendency of this action within the jurisdiction of this Honorable Court.

6.  Plaintiffs sue on their own behalf and as agents and trustees on behalf of any other party who may now have or hereinafter acquire an interest in this action.

7   Plaintiffs' damages are in excess of $44,358.31.

WHEREFORE, plaintiffs demand judgment in an amount exceeding $44,358.31 plus interest and costs.

Dated: February 7, 2020

        KINGSLEY & KINGSLEY
        Attorneys for Plaintiff

        BY: S/HAROLD M. KINGSLEY
            HAROLD M. KINGSLEY
            111 Cove Neck Road
            Oyster Bay, NY 11771
            (516) 931-0064
            hmk@kingsleyandkingsley.com

SCHEDULE A

| | |
|---|---|
| OUR REF: | TY 8384 |
| VESSEL: | M/V LEONIDAS |
| PORTS: | GEMLIK/SAVANNAH |
| BILLS OF LADING: | B/L: WBCP00083004 AND 7 |
| DATED: | OCTOBER 15, 2017 |
| DESCRIPTION OF CARGO: | STEEL COILS |
| DAMAGES | FRESH WATER CONTAMINATION |
| AMOUNT: | $44,358.31 |

<u>VERIFICATION</u>

    Harold M. Kingsley, the undersigned, an attorney admitted to practice in the courts of the state of New York , state that I am the attorney of record for THYSSENKRUPP MATERIALS N.A. INC., in the within action; I have read the foregoing Complaint and know the contents thereof; and I declare and affirm under penalties of perjury that the same is true to my knowledge based on documents in my file, on information and belief, and which I believe to be true.

    The reason this Verification is made by the undersigned and not by an officer of THYSSENKRUPP MATERIALS N.A. INC., is that there are no officers now present in Nassau County where affiant has his office.

Dated: February 7, 2020

                                          <u>S/HAROLD. KINGSLEY</u>
                                          HAROLD M. KINGSLEY