UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THYSSENKRUPP MATERIALS NA, INC.

                                          **ECF CASE**

                        Plaintiff,     **1:20-cv-01073**

    -against-

                                         **RULE 7.1 STATEMENT**

M/V LEONIDAS, her engines, boilers,
tackle, etc., LETO MARITIME LTD.,
WESTERN BULK CARRIERS A.S.
                         Defendants.
-----------------------------------------------------------X

   PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF MORE THAN 10% OF THE

STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S

PARENT CORPORATION:     THYSSENKRUPP AG

Dated: February 10, 2020

                                            KINGSLEY & KINGSLEY
                                            Attorneys for Plaintiff

                                           BY: <u>S/HAROLD M. KINGSLEY</u>
                                            HAROLD M. KINGSLEY
                                            111 Cove Neck Road
                                            Oyster Bay, NY 11771
                                            (516) 931-0064
                                            hmk@kingsleyandkingsley.com