UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THYSSENKRUPP MATERIALS NA, INC.     Plaintiff,
20-CV-01073-GHW    CIVIL ACTION#

--- AGAINST ---    **AFFIDAVIT OF SERVICE**

M/V LEONIDAS, ET. AL.
   Defendant,

STATE OF NEW YORK)
    )SS.
COUNTY OF ALBANY )

BILLIE JO WILLIAMS being duly sworn, deposes and says:

That is over the age of eighteen years and is not a party to this action.

That on the 27th day of February, 2020, served the Summons in a Civil Action and Verified Complaint at 2:30 p.m. on WESTERN BULK CARRIERS AS, an authorized foreign corporation, one of the defendants in this action by personally delivering to and leaving with a person, SUE ZOUKY, a white female with grey hair, light eyes approximately 63 years of age, 5'0 and 128 lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                                       BILLIE JO WILLIAMS

Sworn before me this
27th day of February, 2020

LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2023

```
                    State of New York - Department of State
                                Receipt for Service

Receipt #:  202003121131                          Cash #: 202003120830
Date of Service:  02/27/2020                      Fee Paid: $40 - DRAWDOWN
Service Company:  14 GERALD WEINBERG, INC.  14

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served:   WESTERN BULK CARRIERS AS


Plaintiff/Petitioner:
             THYSSENKRUPP MATERIALS NA, INC.



Service of Process Address:
LENNON, MURPHY & PHILLIPS, LLC
420 LEXINGTON AVE / SUITE 300
NEW YORK,  NY 10170

                                               Secretary of State
                                                  By  SUE ZOUKY
```