USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   THYSSENKRUPP MATERIALS NA, INC.,    :
                                                                   :
                                  Plaintiff,    :
                   -against-                       :               1:20-cv-01073-GHW
                                                         :
   M/V LEONIDAS, her engines, boilers,        :               <u>ORDER</u>
   tackle, etc., LETO MARITIME LTD.,          :
   WESTERN BULK CARRIERS A.S.,             :
                                                         :
                              Defendants.  :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      During the teleconference held on the record on April 15, 2020, the parties stipulated to the dismissal of this action with prejudice. As agreed by the parties, all claims raised in this action are dismissed with prejudice. The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: April 15, 2020
                                                                                    GREGORY H. WOODS
                                                                  United States District Judge